In the Matter of the Application of MAXWELL STEVEN-SON, Respondent, for a Payment Out of the General Fund of the Supreme Court.

In the Matter of the Application of ELOISE KERNOCHAN, Respondent, for a Payment Out of the General Fund of the Supreme Court.

In the Matter of the Application of PAUL E. STEVENSON, Respondent, for a Payment Out of the General Fund of the Supreme Court.

THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants.

*Matter of Stevenson*, 143 App. Div. 901, affirmed.
*Matter of Kernochan*, 143 App. Div. 901, affirmed.
(Argued May 30, 1911; decided June 13, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1911, directing certain payments to be made from the general fund of the Supreme Court in the first department.

*Thomas Carmody, Attorney-General (Joseph A. Kellogg, Valentine Taylor* and *Robert P. Beyer* of counsel), for appellant.

*Harlan F. Stone* and *Chester R. Dewey* for respondents.

Order in each case affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.